NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL WELSH,                    )
                                 )
            Appellant,            )
                                 )
v.                               )     Case No. 2D17-1987
                                 )
DREW A. JOBIN,                    )
                                 )
            Appellee.             )
_____)

Opinion filed March 23, 2018.

Appeal from the Circuit Court for
Collier County; James R. Shenko,
Judge.

Michael Welsh, pro se.

Kansas R. Gooden and Kevin D.
Franz, of Boyd & Jenerette, P.A.,
Jacksonville and Coconut Creek, for
Appellee.


PER CURIAM.


            Affirmed.


KELLY, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.